FILED

02/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0632

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0632

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

LORENZO JAMES HARRIS,

      Defendant and Appellant.

## ORDER

Counsel for Appellant has filed a thirteenth motion for extension of time to file Appellant's opening brief. The Court notes that the brief was due February 9, 2024. Upon consideration of Appellant's motion, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time until March 11, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 21 2024